# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PHILADELPHIA SURGERY CENTER | : | No. 91 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| EXCALIBUR INSURANCE MANAGEMENT | : | |
| SERVICES, LLC (BUREAU OF | : | |
| WORKERS' COMPENSATION FEE | : | |
| REVIEW HEARING OFFICE) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: EXCALIBUR INSURANCE | : | |
| MANAGEMENT  SERVICES, LLC AND | : | |
| COUNTY OF LUZERNE | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.